JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE JONES, an individual | ) Case No: 5:20−cv−02141-MWF (SPx) |
| Plaintiff, | ) **ORDER GRANTING** |
| vs. | ) **STIPULATION FOR DISMISSAL** |
| FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive | ) **WITH PREJUDICE** |
| Defendants. | ) |

The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: September 9, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge